886 A.2d 1053

IN THE MATTER OF HARVEY H. ROTHMAN, AN ATTORNEY
AT LAW (ATTORNEY NO. 019631989).

December 7, 2005.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–205, concluding that **HARVEY H. ROTHMAN** of **WAYNE**, who was admitted to the bar of this State in 1989, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.8(a) (improper business transaction with a client), *RPC* 1.15(a) (failure to safeguard funds), *RPC* 1.15(b) (failure to promptly deliver funds to a third person), *RPC* 1.15(d) (record-keeping violations), and *RPC* 5.3(a) and (b) (failure to properly supervise a non-lawyer), and good cause appearing;

It is ORDERED that **HARVEY H. ROTHMAN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.